# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY OTERO GONZALES,<br><br>            Plaintiff,<br><br>    v.<br><br>FARLEY, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:98-cv-06322-REC-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO CHANGE PLAINTIFF'S ADDRESS OF RECORD TO SVSP, AND RE-SERVE ORDER NUMBER 36<br><br>(Doc. 37) |

     Plaintiff Jimmy Otero Gonzales ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 9, 2007, plaintiff filed a motion seeking relief from paying the filing fee, and on May 11, 2007, the court denied plaintiff's motion. On May 22, 2007, the United States Postal Service returned the order as undeliverable. The order was served on plaintiff's address of record with the court, which is Santa Clara County Jail. Based on a review of plaintiff's recent motion, it appears that plaintiff is currently housed at Salinas Valley State Prison.

     Accordingly, the Clerk's Office is HEREBY DIRECTED to:

     1.    Change plaintiff's address of record to Salinas Valley State Prison; and

     2.    Re-serve order number 36 on plaintiff.

IT IS SO ORDERED.

**Dated:**   **May 23, 2007**            **/s/ Sandra M. Snyder**
                                       UNITED STATES MAGISTRATE JUDGE